| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Benjamin N. Gluck (SBN 203997) / Ashley D. Bowman (SBN 286099)<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067<br>Phone: (310) 201-2100<br>bgluck@birdmarella.com; abowman@birdmarella.com<br><br>ATTORNEY(S) FOR: Plaintiff John Doe | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE<br><br>                                   Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>                                   Defendant(s) | CASE NUMBER:<br><br>2:21-cv-02803<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff John Doe
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| | |

March 31, 2021
Date

Signature
Benjamin D. Gluck

Attorney of record for (or name of party appearing in pro per):

Plaintiff John Doe