Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff John Doe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)<br><br>    Defendants. | CASE NO. 2:21-cv-02803<br><br>**DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>*[Filed Concurrently with Notice of Ex Parte Application and Ex Parte Application; Memorandum of Points and Authorities; Declaration of Ariel A. Neuman; and Proposed Order]* |

1
DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF *EX PARTE* APPLICATION FOR TRO

## DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff John Doe in this action. I make this declaration in support of Plaintiff's Application for Order to Show Cause and Temporary Restraining Order. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Plaintiff John Doe maintains safe deposit boxes at U.S. Private Vaults ("USPV") in Beverly Hills, California. Plaintiff was given the keys to the leased boxes and has maintained control over the boxes since the commencement of the lease. Plaintiff keeps valuables in the boxes, including jewelry, currency, coins, and bullion. These items were in Plaintiff's boxes as of March 22, 2021.

3. A photograph depicting a portion of the USPV vault, which I downloaded from USPV's website on March 30, 2021, is attached as **Exhibit A.**

4. On March 22, 2021, I learned that agents of the United States Government had executed a warrant at USPV and closed USVP and its parking lot to the public. The next day, March 23, 2021, agents were still present at USPV, and it remained closed to the public.

5. I visited the USPV on March 23, 2021, to attempt to speak with an agent to learn whether there was a warrant for Plaintiff's safe deposit boxes and, if so, to obtain a copy of the warrant. I identified myself to a police officer guarding the perimeter of the site as legal counsel for a safe deposit box holder and asked to speak with one of the agents executing the search, and the police officer took my request to speak with an agent regarding Plaintiff's boxes to the agents inside of USPV. The police officer relayed the agents' response to my request: no agents would come outside to speak with me, but I could call the telephone number that the agents provided, which the police officer gave me.

DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF *EX PARTE* APPLICATION FOR TRO

I called the phone number – which, I learned, was the general line for the Los Angeles FBI – and left a message on March 23rd, identifying myself as counsel to a box holder and requesting that an agent contact me. As of the time of execution of this declaration, no one has returned my call.

6. On or before March 24, 2021, I learned that Assistant United States Attorney ("AUSA") Andrew Brown might be the AUSA assigned to this matter.

7. By Friday evening, March 28, 2021, the USPV parking lot was reopened to the public, but USPV remained closed. On March 30, 2021, there is still a sign taped to the window of the building directed box holders to go to the website *forms.fbi.gov/uspvclaims* to initiate a claim for their USPV boxes. I first visited the website on March 28, 2021. The form at the website listed on the sign asks for the claimant's name, telephone numbers, email address, and street address and says that "An FBI agent will contact you for additional details." It also contains a warning about false statements punishable by fines and imprisonment under 18 U.S.C. § 1001. A true and correct copy of a screen grab of the *forms.fbi.gov/uspvclaims* website, taken on March 30, 2021, is attached as **Exhibit B**.

8. Plaintiff John Doe has been unable to access USPV or his boxes or possessions since the Government commenced its search on March 22, 2021.

9. On March 31, 2021, I attempted to contact counsel for the United States Attorney's Office for the Central District of California and the Los Angeles Field Office of the Federal Bureau of Investigation to advise them that I planned to file an *ex parte* application for a temporary restraining order to enjoin the Government from continuing to violate my client's constitutional rights through its search and seizure of my client's safe deposit boxes held at USVP.

10. At 12:01 p.m. on March 31, 2021, I telephoned AUSA Brown and left him a voicemail message saying that I would be filing an ex parte application for a TRO, asking the Court to suspend the ongoing search of the material seized from U.S. Private Vaults until the Court could review the search and seizure. I told him that our concerns were the

same as those he previously discussed with my partner, Ariel Neuman. I left my call back number.

11. At 12:04 p.m. on March 31, 2021, I spoke with "Andrew" in the Legal Department of the Los Angeles Field Office of the FBI. I informed him that I would be filing an ex parte application for a TRO, asking the Court to suspend the ongoing search of the material seized from U.S. Private Vaults until the Court could review the search and seizure. Andrew told me that he would pass along the message. I left my call back number.

12. At 12:08 p.m. on March 31, 2021, I telephoned the U.S. Attorney's Office for the Central District of California. I left a voicemail message saying that I would be filing an ex parte application for a TRO, asking the Court to suspend the ongoing search of the material seized from U.S. Private Vaults until the Court could review the search and seizure. I left my call back number.

13. The website for the United States Attorney's Office for the Central District of California provides for "electronic notice of temporary restraining orders." *See* https://www.justice.gov/usao-cdca. I visited this website on March 31. The website states:

> Pursuant to the Federal Rules of Civil Procedure, any party intending to file an emergency request for a temporary restraining order in the Central District of California is required to give notice to the United States Attorney's Office prior to any such filing. Please provide such notice to the following electronic mailbox. If the anticipated TRO application is in an immigration matter, please include the petitioner's A number. Please also email the pleadings and any supporting documentation to the following electronic inbox: usacac.civil-tronotice@usdoj.gov.

14. At 12:24 p.m. on Mar. 31, 2021, I sent an email to above-noted electronic inbox, providing notice. I also copied Mr. Brown on the email. A true and correct copy of that March 31, 2021 email is attached as **Exhibit C**.

15. After I sent the email referenced in the immediately preceding paragraph, Mr. Brown responded by email saying "The inventory search has already been completed." By return email I asked him whether the Government would stipulate that "it will conduct no further searches (of any type) of the contents of the boxes and no further review or dissemination of information gained from any search of the contents of the boxes until the

court has time to consider our preliminary injunction motion."

16. In response, Mr. Brown telephoned me. During that conversation Mr. Brown declined the proposed stipulation but said that he will consider it further after reviewing the TRO papers. I stated that Plaintiff needed to file the papers as soon as possible but that if the Government were to agree to the proposed stipulation, we would inform the Court and withdraw the ex parte application for the TRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 31, 2021, at Los Angeles, California.

_____
Benjamin N. Gluck

# EXHIBIT A

U.S. PRIVATE VAULTS

HOME     WHY USPV?

## Photos of our Facility



# EXHIBIT B



Home • U.S. Private Vaults Claim Form

# U.S. Private Vaults
# Claim Form

To make a claim for property stored at U.S. Private Vaults in Beverly Hills, California, please provide the following information. An FBI agent will contact you for additional details.

**Contact Information**

First Name

Middle Name

Last Name

Best Contact Number

Alternate Contact Number

Email Address

Address Line 1

Address Line 2

City

State  --------N/A---------

Country

ZIP/Postal Code

I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning the facts on this form as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

**Captcha**

[ ] I'm not a robot
reCAPTCHA
Privacy - Terms

Submit

Accessibility | eRulemaking | Freedom of Information/Privacy Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

# EXHIBIT C

| | |
|---|---|
| **From:** | Benjamin N. Gluck |
| **To:** | usacac.civil-tronotice@usdoj.gov; Andrew.brown@usdoj.gov |
| **Cc:** | Ashley D. Bowman; Benjamin N. Gluck |
| **Subject:** | Notice of Ex Parte Application for TRO - Search of U.S. Private Vaults |
| **Date:** | Wednesday, March 31, 2021 12:23:49 PM |

Dear Counsel,

This serves as notice that John Doe, represented by undersigned counsel, will file an ex parte application for a TRO seeking relief from the government's ongoing search and seizure of safe deposit boxes and their contents that were located at U.S. Private Vaults in Beverly Hills, California. We plan to file these papers in the U.S. District Court for the Central District of California as early as today or tomorrow.

Plaintiff will assert that 1) the government's search and seizure of his property was without probable cause or a valid warrant and 2) the government's demand that he disclose his name and submit to an investigation to retrieve his property violates his Fourth and Fifth Amendment rights.

My partner, Ariel Neuman, previously discussed these issues, orally and by email, with AUSA Andrew Brown.  Mr. Brown made clear the government's position and rejected counsel's position.

Thank you,

Benjamin Gluck


**Benjamin N. Gluck** | *Principal*
**O**: 310.201.2100  |  **F**:  310.201.2110  |  **E**:  bgluck@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com