1  Benjamin N. Gluck - State Bar No. 203997
       bgluck@birdmarella.com
2  Ashley D. Bowman - State Bar No. 286099
       abowman@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Plaintiff John Doe
7

8                    **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11

12 | JOHN DOE,                          | CASE NO. 2:21-cv-02803
   |                                     |
13 |           Plaintiff,               | **DECLARATION OF ARIEL A.
   |                                     | NEUMAN IN SUPPORT OF
14 |     vs.                            | PLAINTIFF'S *EX PARTE*
   |                                     | APPLICATION FOR TEMPORARY
15 | UNITED STATES OF AMERICA;          | RESTRAINING ORDER AND
   | TRACY L. WILKISON (OFFICIAL        | ORDER TO SHOW CAUSE RE:
16 | CAPACITY), KRISTI KOONS            | PRELIMINARY INJUNCTION**
   | JOHNSON (OFFICIAL CAPACITY)        |
17 |           Defendants.              |
18 |                                     |
19 |                                     | *[Filed Concurrently with Notice of Ex
   |                                     | Parte Application and Ex Parte
20 |                                     | Application; Memorandum of Points
   |                                     | and Authorities; Declaration of
21 |                                     | Benjamin N. Gluck; and Proposed
   |                                     | Order]*

22

23

24

25

26

27

28

**DECLARATION OF ARIEL A. NEUMAN**

I, Ariel A. Neuman, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff John Doe in this action. I make this declaration in support of Plaintiff's Application for Temporary Restraining Order.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      I am informed that Plaintiff John Doe rents safe deposit boxes from U.S. Private Vaults ("USPV"), located at 9182 West Olympic Blvd. in Beverly Hills, California.  Plaintiff stores personal property, namely valuables, in the safe deposit boxes.

3.      On March 22, 2021, I became aware that agents of the United States Government had executed a warrant at USPV.  On March 24, I learned that Assistant United States Attorney Andrew Brown might be the AUSA assigned to the USPV matter.

4.      I called AUSA Brown that same day, March 24, 2021, in an attempt to determine whether any of Plaintiff's boxes had been searched and/or Plaintiff's property stored in those boxes had been seized, and if either event had occurred, to obtain a copy of the warrant authorizing the search and/or seizure.  During the call, Mr. Brown stated the following:

a.      The Government is seizing all safe deposit boxes at the site;

b.      The Government will inspect and index the contents of each box, and, among other things, intends to use that information to try to identify each box's owner(s);

c.      Explaining that the government does not have a search warrant for the contents of each box, AUSA Brown gave the example that if a box contained

1  a notebook or digital thumb drive, the government would not look inside either but

2  would read the cover of the notebook;

3          d.     A search and seizure warrant was served on the owners or

4  management of USPV (although AUSA Brown refused to disclose the names of the

5  people served or their legal counsel);

6          e.     The Government would not provide the search and seizure

7  warrant to me as counsel for a holder of a USPV safe deposit box unless and until

8  the holder identifies himself or herself;

9          f.     If a deposit box holder identifies himself or herself, the

10  Government will commence a criminal investigation into the holder, including but

11  not limited to determining whether he or she came by the contents in his or her safe

12  deposit box(es) legally; and

13          g.     The Government assumes that all or almost all holders of all safe

14  deposit boxes at USPV are engaged in some illegal activity.

15      5.     I confirmed the substance of my call with AUSA Brown and continued

16  communicating with him on this matter via email on March 24, 2021.  A true and

17  correct copy of the complete email chain with AUSA Brown is attached as **Exhibit**

18  **A**.

19      6.     Because AUSA Brown has stated the Government's intention to initiate

20  a criminal investigation against Plaintiff, once he identifies himself in order to claim

21  the property he stored at USPV, Plaintiff has chosen to bring this action to recover

22  his property pseudonymously.

23      I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct, and that I executed this declaration

25  on March 31, 2021, at Los Angeles, California.

26

27  _____

                              Ariel A. Neuman

28

# EXHIBIT A

| | |
|---|---|
| **From:** | Ariel A. Neuman |
| **To:** | Brown, Andrew (USACAC) |
| **Subject:** | Re: Search at US Private Vaults |
| **Date:** | Wednesday, March 24, 2021 5:37:55 PM |

Andrew,

It seems you are missing the point. The boxes were leased by many different people, each of whom has a reasonable expectation of privacy and Fourth Amendment rights with respect their individual box. If you searched my client's box and seized my client's possessions, you are required to give my client a copy of the warrant. Your suggestion that we get a copy from US Private Vaults is a non-sequitur because you didn't seize my client's property from US Private Vaults, you seized it from my client. It's no different from a search of an apartment, where you must give a copy of the warrant to the tenant whose apartment was searched, not the owner of the building.

Moreover, you know that your suggestion that we get a copy from US Private Vaults is unhelpful because a) it appears the agents are still in possession of the premises, b) you declined to tell me who I need to ask for this copy, and c) you declined to tell me who represents the entity.

I again request copies of the warrants.

Ariel


Ariel Neuman
aneuman@birdmarella.com

Sent from my mobile device.

---

**From:** Brown, Andrew (USACAC) <Andrew.Brown@usdoj.gov>
**Sent:** Wednesday, March 24, 2021, 5:05 PM
**To:** Ariel A. Neuman
**Subject:** RE: Search at US Private Vaults

I disagree with your paraphrasing, but why quibble?  The warrants were served on U.S. Private Vaults, and you can ask them for copies.

Andrew Brown ¦ Assistant United States Attorney ¦ Major Frauds Section
U.S. Attorney's Office Room 1149 ¦ 312 N. Spring St. ¦ Los Angeles, CA 90012
Tel: 213-894-0102 ¦ Fax: 213-894-6269 ¦ Andrew.Brown@USDOJ.gov

---

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Wednesday, March 24, 2021 4:53 PM
**To:** Brown, Andrew (USACAC) <ABrown3@usa.doj.gov>
**Subject:** Search at US Private Vaults

Andrew,

I write to follow up on our conversation.  As I told you, I represent someone who rents a deposit box at US Private Vaults.  I ask again for a copy of the search and seizure warrants, including the description of the location to be searched and the items to be seized that you are relying on to search and seize my client's possessions.  You told me that you would only consider sending me a copy of the warrant if I told you my client's name.  Because the boxes are anonymous, my client's name is irrelevant to the issue here and should not need to be disclosed merely to obtain a copy of a relevant warrant which is not under seal.  Indeed, my client is entitled to a copy of the warrant and a receipt under Rule 41(f)(1)(C).

I object to the search and/or seizure of any of my clients' possessions and ask that you immediately cease any further activity in this regard with respect to my client's possessions.  We reserve all rights and intend to seek relief from the court if necessary.

Thank you.


Ariel Neuman
aneuman@birdmarella.com

Sent from my mobile device.