1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>         Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA;<br>TRACY L. WILKISON (OFFICIAL<br>CAPACITY), KRISTI KOONS<br>JOHNSON (OFFICIAL CAPACITY)<br><br>Defendants. | CASE NO.  2:21-cv-02803<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**<br><br>*[Filed Concurrently with Notice of Ex Parte Application and Ex Parte Application; Memorandum of Points and Authorities; and Declarations of Ariel A. Neuman and Benjamin N. Gluck]* |

1    Pursuant to Federal Rules of Civil Procedure Rule 65 and Central District

2    Local Rule 65, Plaintiff submitted an *ex parte* application seeking an order to show

3    cause why a preliminary injunction should not issue and a temporary restraining

4    order enjoining Defendants from continuing to violate Plaintiff's constitutional

5    rights.

6    After consideration of Plaintiff's application, the memorandum of points and

7    authorities, declarations, and evidence in support thereof, and the entire record, the

8    Court hereby ORDERS Defendants to show cause why a preliminary injunction

9    should not issue, and, pending hearing on the Order to Show Cause, GRANTS

10   Plaintiff's application for a temporary restraining order.

11

12   **<u>ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION</u>**

13   Defendants are hereby ORDERED TO SHOW CAUSE why a preliminary

14   injunction should not issue enjoining Defendants from:

15       (a)   Refusing to make reasonably available at USPV, located at 9182

16   W. Olympic Blvd., Beverly Hills, CA 90212, copies of the search warrant

17   purportedly authorizing any search of that location or any safe deposit boxes located

18   at that address in a manner that allows box-holders or their counsel to obtain a copy

19   without requiring them to disclose the box-holder's identity;

20       (b)   Inspecting any box seized from USPV in connection with any

21   search of that location for which Defendants do not have a search warrant that

22   identifies the specific box to be searched or inspected by number or other specific

23   identifying information that identifies the box before it is opened;

24       (c)   Refusing to return any such box to USPV in such a manner that

25   the original owner may access it as he or she did before the search;

26       (d)   Requiring box-holders to identify themselves to Defendants in

27   order to regain possession of their boxes; and

28       (e)   Instigating investigations or using in any investigation any

1  information Defendants gained from inspecting the contents of boxes for which

2  Defendants did not have, as of the date of the search and seizure, a search warrant

3  that identified the specific box to be searched or inspected by number or other

4  specific identifying information that identified the box before was opened.

5         Defendants are further ORDERED TO SHOW CAUSE why a preliminary

6  injunction should not require certain procedural safeguards, including:

7              (f)     To the extent Defendants already have irreparably altered the

8  boxes, such as by drilling them open in a manner that will not allow the box-

9  holder's keys to work, Defendants shall use a special master to implement a

10 mechanism for confirming the identity of any box-holder and allowing for the return

11 of the property; and

12             (g)     To the extent there is any dispute about whether the contents of

13 any returned box are damaged or missing due to Defendants' actions, Defendants

14 shall refer such issues to a special master for consideration in a manner that protects

15 the box-holder's identity, and Defendants shall provide the Special Master with any

16 and all records they created regarding the inventory of the boxes at issue.

17

18       Defendants are FURTHER ORDERED to appear before this Court in

19 Courtroom ___, located at 350 West 1st Street, Los Angeles, CA 90012, on

20 _____, 2021 at ____ .m., or as soon thereafter as this matter may be heard.

21 Plaintiff shall file any additional brief and supporting evidence for Plaintiff's

22 requested motion for preliminary injunction by _____, 2021; Defendants shall

23 file their opposition to the motion for preliminary injunction by _____, 2021,

24 and Plaintiff shall file Plaintiff's reply brief by _____, 2021.

25

26                     **TEMPORARY RESTRAINING ORDER**

27       The Court finds that Plaintiff has demonstrated (1) Plaintiff is likely to

28 succeed on the merits of Plaintiff's claims; (2) the likelihood of immediate and

2

1   irreparable harm to Plaintiff based on continuing violations of Plaintiff's

2   constitutional rights; (3) the balance of the equities tips in Plaintiff's favor; and (4)

3   the injunctive relief requested here is in the public interest.

4          THEREFORE, pending hearing on the Order to Show Cause re: Preliminary

5   Injunction, it is hereby ORDERED that Defendants are enjoined from:

6          (a)     Refusing to make reasonably available at the USPV, located at

7   9182 W. Olympic Blvd., Beverly Hills, CA 90212, copies of the search warrant

8   purportedly authorizing any search of that location or any safe deposit boxes located

9   at that address  in a manner that allows box-holders or their counsel to obtain a copy

10  without requiring them to disclose the box-holder's identity;

11         (b)     Inspecting the contents any box seized from USPV in connection

12  with any search of that location for which Defendants do not have a search warrant

13  that identifies the specific box to be searched or inspected by number, owner or

14  other specific identifying information;

15         (c)     Instigating investigations or using in any investigation any

16  information Defendants have gained from inspecting the contents of boxes for

17  which Defendants did not have, as of the date of the search and seizure, a search

18  warrant that identifies the specific box to be searched or inspected by number,

19  owner or other specific identifying information; and

20         (d)     Advising any person inquiring about return of the contents of any

21  seized boxes that box-holders must identify themselves to Defendants in order to

22  regain possession of their boxes.

23

24      IT IS FURTHER ORDERED THAT:

25      1.     This Temporary Restraining Order is effective immediately upon

26  issuance;

27      2.     A copy of this Order shall be served on Defendants via email by no

28  later than ____ .m. on _____, 2021; and

3

[PROPOSED] ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION AND TEMPORARY
RESTRAINING ORDER

1       3.     Defendants shall file status reports regarding compliance with this

2  order each Monday until the hearing on the Order to Show Cause why preliminary

3  injunction should not issue.

4

5       IT IS SO ORDERED.

6

    DATED:

7

8

9                                    _____

                                      Hon.

10                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION AND TEMPORARY
RESTRAINING ORDER