Benjamin N. Gluck - State Bar No. 203997
   bgluck@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
   abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff John Doe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)<br><br>    Defendants. | CASE NO. 2:21-cv-02803-RGK (MARx)<br><br>**REPLY IN FURTHER SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner |

3710685.1

REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR TRO ENJOINING ILLEGAL SEARCH AND SEIZURE

# REPLY

The Government does not dispute that it did not have a search warrant specifying individual boxes for search or seizure. The Government does not dispute that it took all of the contents of all of the boxes from U.S. Private Vaults. The Government does not dispute that it plans to require all property owners to disclose their identities to the Government. And, most importantly, the Government does not dispute that it will initiate a criminal investigation of every property owner who identifies himself or herself.[1]

Plaintiff's declarations, detailing his injury, are sufficient to establish standing. Moreover, the Government ignores the option, raised in Plaintiff's moving papers, of appointing a Special Master or taint team to allow property owners to claim their property without requiring them to waive their Fifth Amendment rights. A Special Master could easily use whatever process the Government plans to use to return property, except it could do so without depriving Plaintiff of his Fifth Amendment rights. Specifically, though the Government is entitled to investigate whomever it pleases, it ***is not*** entitled to hold property hostage and use it to require hundreds of property owners to give the Government "leads" (*i.e.*, their names or other identifying information) to aid that investigation.

Lastly, the Government is careful to avoid any commitment to cease searching the seized boxes. Though it claims its inventory searches are complete, it very intentionally avoids saying that it will not conduct further searches. This careful omission, combined with the Government's refusal to stipulate, is more than sufficient to establish an ongoing threat of further deprivation of Plaintiff's rights. Plaintiff's Application should be granted to guard against that threat.

---

[1] Note that the Indictment attached to the Government's Opposition does not imply, let alone establish, that box holders in general, much less Plaintiff specifically, were involved in any kind of criminal activity.

DATED:  April 2, 2021

Respectfully submitted,

Benjamin N. Gluck
Ashley D. Bowman
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By: _____/s/ Benjamin N. Gluck_____
             Benjamin N. Gluck
      Attorneys for Plaintiff