Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff John Doe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>　　　　Defendants. | CASE NO. 2:21-cv-02803 RGK (MARx)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE AND BY E-SERVICE PURSUANT TO AGREEMENT OF COUNSEL)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: March 31, 2021 |

3711037.1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY CERTIFIED MAIL SERVICE AND BY E-SERVICE PURSUANT TO AGREEMENT OF COUNSEL)

1. I, Katherine J. Ferguson, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2. Pursuant to FRCivP 4, On April 1, 2021, I served a true copy of the following listed documents. in the manner and on the parties listed and described below:

**a. List of Documents Served:**

1. Complaint For: (1) Return Of Property (Fed. R. Crim. P. 41(G));(2) Unlawful Search And Seizure In Violation Of Fourth And Fifth Amendments; Demand For Jury Trial (Dkt. No. 1);
2. Civil Cover Sheet (Dkt. No. 2);
3. Notice of Interested Parties (Dkt. No. 3);
4. Notice of Assignment to United States Judges (Dkt. No. 8);
5. Notice To Parties Of Court−Directed ADR Program (Dkt. No. 9);
6. Summons in a Civil Action (Issued to United States of America) (Dkt. No. 10);
7. Notice Of Ex Parte Application And Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Memorandum Of Points And Authorities (Dkt. No. 7);
8. Declaration Of Benjamin N. Gluck In Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction (Dkt. No. 7-1);
9. Declaration Of Ariel A. Neuman In Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction (Dkt. No. 7-2); and
10. [Proposed] Order To Show Cause Re: Preliminary Injunction And Temporary Restraining Order (Dkt. No. 7-3).

///
///
///

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY CERTIFIED MAIL - FRCP 4)

b. **Manner of Service**: I served the documents listed in paragraph 2. a. above via **CERTIFIED MAIL** - By placing a true copy thereof in 2 separate sealed envelopes addressed to the party listed in paragraph 2.c. below, and personally depositing same with the U.S. Postal Service office located in Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

c. **Party Served:** UNITED STATES OF AMERICA – the documents listed in paragraph 2. a. above were enclosed in 2 separate sealed envelopes and addressed as follows:

**UNITED STATES ATTORNEY GENERAL**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington DC 20530-0001**

**UNITED STATES OF AMERICA c/o**
**Civil Process Clerk**
**United States Attorney's Office**
**Federal Building**
**300 N. Los Angeles Street, Suite 7516**
**Los Angeles, California 90012**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 5, 2021, at Los Angeles, California.

_Katherine J. Ferguson_
Katherine J. Ferguson

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY CERTIFIED MAIL - FRCP 4)

# PROOF OF SERVICE
## *John Doe v. USA, et al.;* Case No. 2:21-cv-02803 RGK (MARx)

I, Debbey Beatty, certify and declare that:

1. At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067.

2. On April 1, 2021, I served a true copy of the below listed documents in the manner and on the party/parties set out below.

   **a. List of Documents Served:**
   1. Complaint For: (1) Return Of Property (Fed. R. Crim. P. 41(g)); (2) Unlawful Search And Seizure In Violation Of Fourth And Fifth Amendments; Demand For Jury Trial (Dkt. No. 1);
   2. Civil Cover Sheet (Dkt. No. 2);
   3. Notice of Interested Parties (Dkt. No. 3);
   4. Notice of Assignment to United States Judges (Dkt. No. 8);
   5. Notice To Parties Of Court−Directed ADR Program (Dkt. No. 9);
   6. Summons in a Civil Action Issued to United States of America (Dkt. No. 10);
   7. Summons Issued in a Civil Action Issued to Tracy L. Wilkison (Official Capacity) (Dkt. No. 11); and
   8. Summons Issued in a Civil Action Issued to Kristi Koons Johnson (Official Capacity) (Dkt. 12).

   **b. Manner of Service**:

   I served the documents listed in paragraph 2.a. above **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on an agreement of counsel for Defendant United States of America to accept service in this case of the above-listed documents by e-mail or electronic transmission, I electronically served the document(s) described above from e-mail address dbeatty@birdmarella.com to the counsel at the e-mail address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3711037.1

4

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY E-SERVICE PURSUANT TO AGREEMENT OF COUNSEL)

    c. **Party Served:**

**DEFENDANT UNITED STATES OF AMERICA**
**<u>SERVED VIA EMAIL TO</u>:  Andrew.Brown@usdoj.gov**

Andrew Brown, Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, Room 1149
Los Angeles, California 90012

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on April 6, 2021, at Los Angeles, California.

*/s/ Debbey Beatty*
Debbey Beatty

---

3711037.1

5

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY E-SERVICE PURSUANT TO AGREEMENT OF COUNSEL)