1  Benjamin N. Gluck - State Bar No. 203997
      bgluck@birdmarella.com
2  Ashley D. Bowman - State Bar No. 286099
      abowman@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile:  (310) 201-2110
6
   Attorneys for Plaintiff John Doe
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| | |
|---|---|
| JOHN DOE, | CASE NO. 2:21-cv-02803 RGK (MARx) |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TRACY L. WILKISON (BY CERTIFIED MAIL - FRCP 4)** |
| vs. | |
| UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY), | Assigned to Hon. R. Gary Klausner |
| Defendants. | Complaint Filed: March 31, 2021 |

1. I, Katherine J. Ferguson, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2. Pursuant to FRCivP 4, On April 1, 2021, I served a true copy of the following listed documents. in the manner and on the parties listed and described below:

**a. List of Documents Served:**

1. Complaint For: (1) Return Of Property (Fed. R. Crim. P. 41(G));(2) Unlawful Search And Seizure In Violation Of Fourth And Fifth Amendments; Demand For Jury Trial (Dkt. No. 1);
2. Civil Cover Sheet (Dkt. No. 2);
3. Notice of Interested Parties (Dkt. No. 3);
4. Notice of Assignment to United States Judges (Dkt. No. 8);
5. Notice To Parties Of Court−Directed ADR Program (Dkt. No. 9);
6. Summons in a Civil Action (Issued to Tracy L. Wilkison) (Dkt. No. 11);
7. Notice Of Ex Parte Application And Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Memorandum Of Points And Authorities (Dkt. No. 7);
8. Declaration Of Benjamin N. Gluck In Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction (Dkt. No. 7-1);
9. Declaration Of Ariel A. Neuman In Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction (Dkt. No. 7-2); and
10. [Proposed] Order To Show Cause Re: Preliminary Injunction And Temporary Restraining Order (Dkt. No. 7-3).

///

///

///

    **b. Manner of Service**: I served the documents listed in paragraph 2. a. above via **CERTIFIED MAIL** - By placing a true copy thereof in a sealed envelope addressed to the party listed in paragraph 2.c. below and personally depositing same with the U.S. Postal Service office located in Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

    **c. Party Served:** TRACY L. WILKISON (Official Capacity) – the documents listed in paragraph 2. a. above were enclosed in a sealed envelope and addressed as follows:

**TRACY L. WILKISON (Official Capacity) c/o**
**Civil Process Clerk**
**United States Attorney's Office**
**Federal Building**
**300 N. Los Angeles Street, Suite 7516**
**Los Angeles, California 90012**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 5, 2021, at Los Angeles, California.

_____
Katherine J. Ferguson

3
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TRACY L. WILKISON
(BY CERTIFIED MAIL - FRCP 4)