1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12   JOHN DOE,                      Case No. 2:21-cv-02803-RGK-MAR

13          Plaintiff,              **[PROPOSED] ORDER GRANTING
                                    DEFENDANTS UNITED STATES OF
14              v.                  AMERICA, TRACY L. WILKISON
                                    (OFFICIAL CAPACITY) AND KRISTI
15   UNITED STATES OF AMERICA,      KOONS JOHNSON (OFFICIAL
     TRACY L. WILKISON (OFFICIAL    CAPACITY)'S MOTION TO DISMISS
16   CAPACITY), KRISTI KOONS        THE COMPLAINT FOR LACK OF
     JOHNSON (OFFICIAL CAPACITY)    SUBJECT MATTER JURISDITION AND
17                                  FAILURE TO STATE A CLAIM UPON
                                    WHICH RELIEF CAN BE GRANTED
18          Defendants.             PURSUANT TO FED. R. CIV. P.
                                    12(b)(1) AND 12(b)(6)**
19

20

21

22        The motion of Defendants United States of America, Tracy L.

23   Wilkison (Official Capacity) and Kristi Koons Johnson (Official

24   Capacity) (collectively, "the government") to Dismiss the

25   Complaint for Lack of Subject Matter Jurisdiction and Failure to

26   State a Claim Upon Which Relief Can Be Granted Pursuant to Fed.

27   R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing

28

1  before this Court on June 28, 2021.  The Court, having

2  considered the papers submitted by the parties, arguments of

3  counsel and all other matters presented to the Court in

4  connection with the motion,

5       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the

6  government's motion is granted.  Plaintiff's complaint is

7  dismissed.

8  Dated: _____        _____

9                                       THE HONORABLE R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE

10

11

   Presented By:
12

13 TRACY L. WILKISON
   Acting United States Attorney
14 SCOTT M. GARRINGER
   Assistant United States Attorney
15 Chief, Criminal Division

16

17  _____/s/_____

18 ANDREW BROWN
   VICTOR A. RODGERS
19 MAXWELL COLL
   Assistant United States Attorneys
20
   Attorneys for Defendants
21 UNITED STATES OF AMERICA, et al.

22

23

24

25

26

27

28

                              2