**DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the attorneys of record representing the government in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of a document described by plaintiff's counsel in a related case in his declaration (see docket No. 44-1 in Snitko, et al. v. United States of America, et al., Case No. 2:21-cv-04405-RGK-MAR [declaration of counsel at ¶ 12 regarding Exhibit K thereto) as the email that was sent to him by the FBI after he filed a claim at the forfeiture.gov website on behalf of plaintiff Jeni Verdon-Pearsons. That email from the FBI is what I have attached hereto as Exhibit A and is docket no. 44-12 in Snitko (page 2 of 2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 22, 2021.

                                                         /s/
                                      AUSA VICTOR A. RODGERS