# EXHIBIT B



**Benjamin N. Gluck**
bgluck@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

June 23, 2021

Andrew Brown
Victor A. Rodgers
Maxwell Coll
Assistant United States Attorneys
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Via email

    Re:    **USPV Cases Pending Before Judge Klausner – Misstatement Regarding USPV's Claim**

Dear Counsel:

In the above-referenced cases, on Page 3 of the oppositions you filed on June 22, 2021, you told the Court:

> The USPV claim is signed by USPV's attorney (Michael Singer, Esq.), not USPV itself.  <u>See</u> Docket 28-3 (Gluck Decl. Ex. B [USPV claim--<u>see</u> page 2 of 24 identifying Michael Singer as attorney and page 5 of 24 reflecting that attorney Michael Singer signed the claim]).

This statement inaccurately describes the claim: Mr. Singer, who indeed happens to be an attorney for USPV, states clearly on both pages you reference that he is making the claim as USPV's "authorized agent."[1]  Your statement to the Court about his status as

---

[1] A corporation such as USPV can *only* act through its authorized agents and there is no rule that prohibits lawyers from acting as authorized corporate agents or from being authorized to make a claim in administrative forfeiture.  *See, e.g.*, *Smith*, *Prosecution and Defense of Forfeiture Cases*, ¶ 6.02[4][b], at 33 n.66 (attorney may make claim under penalty of perjury if attorney has personal knowledge) (citing *United States v. Funds From Fifth Third Bank*, 2013 WL 5914101 (E.D. Mich., Nov. 4, 2013)).

Andrew Brown
Victor A. Rodgers
Maxwell Coll
June 23, 2021
Page 2

an attorney while omitting his clearly identified status as its agent authorized to make the claim is, at best, highly misleading.

    To avoid relying on a misleading representation of the facts, please file an errata to correct the record by adding that Mr. Singer also indicated that he was acting as an "authorized agent." If you decline to do so, we intend to seek leave to file a surreply so that the Court may be informed of the accurate record regarding USPV's claim.

                Sincerely,

                Benjamin N. Gluck

BNG:bng

cc: Nicole Van Dyk
     Ashley Bowman
     Naomi Solomon

3726670.1