UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 4 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| JOHN DOE,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>    Defendants-Appellees. | No. 21-56022<br><br>D.C. No. 2:21-cv-02803-RGK-MAR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal

is voluntarily dismissed.  Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate

of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/1.3.22/Pro Mo